IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

Bernard Campbell                    )
1174 First Place, N.W.              )
Washington, D.C. 20001             )
                                    )              Case No.
         plaintiff                  )
                                    )
              v                     )
                                    )
MPD Officer John Croson             )
300 Indiana Avenue                 )
Washington, D.C. 20001             )
                                    )
            and                     )
                                    )
MPD Officer Michael Newton          )
300 Indiana Avenue                 )
Washington, D.C. 20001             )
                                    )
            and                     )
                                    )
Various John Doe MPD Officers       )
300 Indiana Avenue                 )
Washington, D.C. 20001             )
                                    )
            and                     )
                                    )
The District of Columbia            )
Serve:                              )
Muriel Bowser, Mayor or             )
Designated Representative           )
1350 Pennsylvania Ave, N.W.        )
Room 416                            )
Washington, D.C. 20001             )
                                    )
             a                      )
                                    )
Office of the Attorney General      )
 for the District of Columbia       )
441 Fourth Street                   )
Sixth Floor South                   )
Washington, D.C. 20001             )
                                    )
         Defendants.                )

**FILED**
CIVIL ACTIONS BRANCH
MAR 0 4 2015
Superior Court
of the District of Columbia
Washington, D.C.

**15 - 0 0 0 1 4 4 9**

I


CASE: 2015 CA 001449 B

## **COMPLAINT FOR DAMAGES**

Plaintiff Bernard Campbell hereby sues Metropolitan Police Officers (MPD) John Croson and Michael Newton (the named individual officers), various John Doe MPD Officers (the John Doe defendants) and the District of Columbia and seeks to recover damages from defendants, jointly and severally, and in support thereof state the following:

1. This Court has jurisdiction over the action pursuant to *District of Columbia Code Section 11-921* as the action arose in the District of Columbia, and is brought pursuant to *42 U.S.C. 1983, et. seq.* and the Fourth and Fourteenth Amendments to the United States Constitution.

2. Mr. Campbell is a citizen of the United States and a resident of the District of Columbia.

3. At all times relevant hereto, the named individual officers and John Doe defendants were police officers of the Washington Metropolitan Police Department, and at all times relevant to this action, were acting as agents, servants, and employees of defendants District of Columbia.

4. Defendant District of Columbia is a Municipal Corporation and at all times relevant to this action, employed the named individual officers and John Doe defendants as MPD officers.

5. On March 5, 2014 at approximately 8:35 p.m. the individual named officers and John Doe defendants encountered Mr. Campbell and others standing in the 1300 block of North Capitol Street, N.W., Washington, D.C. in close proximity to a commercial establishment known as Big Ben's Liquors (Big Ben's).

6. The individual named officers and John Doe defendants followed Mr. Campbell into Big Ben's apparently to question him regarding his involvement in what they suspected to have been a drug transaction despite the absence of probable cause, reasonable suspicion or a good faith basis to support the existence of probable cause or reasonable suspicion.

7. Immediately upon their entry into Big Ben's the individual named officers and John Doe defendants grabbed Mr. Campbell and struck him about his person repeatedly and choked him about the neck for a substantial period of time before throwing him down to the ground where they continued to physically harm him before handcuffing him.

8. The named individual officers and John Doe falsely claimed that Mr. Campbell punched Officer Newton in the face and further claimed that this false assertion justified not only their brutal assault on Mr. Campbell, but provided grounds to charge him with assaulting a police officer. The officers arrested Mr. Campbell and caused him to be held overnight pending his arraignment the following date in the District of Columbia Superior Court's Criminal Division.

9. Although Mr. Campbell was released on personal recognizance on March 6, 2014, the United States proceeded with the prosecution until September 3, 2014 when it learned about the officers' true conduct and accordingly filed the appropriate notice of dismissal.

10. The individual named officers and John Doe defendants had no justification or excuse for this egregious conduct.

11. Mr. Campbell suffered substantial bodily harm as a result of the incident and the officers' conduct required Mr. Campbell to suffer severe chest pains and dizziness that necessitated an emergency visit to the hospital between the time of his arrest and arraignment.

12. Mr. Campbell continues to suffer physical injuries as a result of the incident along with extreme mental and emotional anguish to the extent the incident constituted a traumatic event and aggravated various acute mental health conditions that he suffers. The injuries proximately caused by the incident are severe and permanent.

COUNT I: VIOLATION of *42 U.S.C. 1983, et seq.*; ALL DEFENDANTS
13. Mr. Campbell hereby incorporates by reference the facts set forth in paragraphs one through twelve.

14. By intentionally, maliciously, and unreasonably accosting and assaulting Mr. Campbell, using excessive force, illegally and falsely arresting him and causing him to be illegally and falsely imprisoned without probable cause, reasonable suspicion or a good faith basis for believing that Mr. Campbell had committed any violations of the law and by causing him to be unlawfully and falsely prosecuted, the named individual officers and John Doe defendants deprived Mr. Campbell of his constitutional rights; specifically, but not limited to, his Fourth Amendment right to be free from illegal searches and seizures and his right not to be deprived of life, liberty, and property without due process of law secured by the Fifth and Fourteenth Amendment of the United States Constitution, and their rights under the Constitution and the laws of the District of Columbia.

15. Each and all of the acts of the named individual officers and John Doe defendants were committed by them not just as an individuals, but under the color and pretense of their authority as MPD officers.

16. As a direct and proximate result of each and all of the above described acts by the individual defendants, while acting individually and in their capacities as MPD officers, Mr. Campbell suffered serious bodily injuries and mental and emotional harm in violation of his rights under the Constitution of the United States and the laws of the District of Columbia.

17. The failure of the District of Columbia to provide proper hiring, training, supervision, and discipline regarding the proper reasons for detaining and the proper amount of force to use in arresting a citizen amounts to deliberate indifference to the safety, treatment, and well-being of the citizens of and visitors to of the District of Columbia. This deliberate indifference was a concurrent and further proximate cause of Mr. Campbell's severe bodily, mental and emotional injuries.

18. Defendant District of Columbia is directly liable and responsible for the acts of defendant officers because it repeatedly and with deliberate indifference failed to enforce the laws

4

of the District of Columbia and Regulations of the Metropolitan Police Department pertaining to the use of force by MPD officers in effectuating arrests of individuals, thereby condoning, ratifying, and adopting the officers' unreasonable and egregious behavior regarding the use of excessive force.

19. Mr. Campbell will incur attorney's fees in prosecuting this action that are compensable against the defendants pursuant to *42 U.S.C. 1983, et. seq.*

WHEREFORE, Mr. Campbell demands judgment in the amount of $250,000.00 compensatory damages from all defendants jointly and severally, $100,000.00 punitive damages from defendants John Croson, Michael Newton, the various John Doe defendants and the District of Columbia, together with costs, including reasonable attorney's fees that he has expended and will expend prosecuting this action as contemplated under *42 U.S.C. 1983, et. seq.*

## COUNT II: ASSAULT; ALL DEFENDANTS

20. Mr. Campbell hereby incorporates by reference the facts set forth in paragraphs one through nineteen.

21. The named individual officers and John Doe defendants intended to cause Mr. Campbell to be in imminent apprehension of harmful and offensive contact and excessive force.

22. Mr. Campbell was put in imminent apprehension of harmful and offensive contact and excessive force by the conduct of the named individual officers and John Doe defendants.

23. The named individual officers and John Doe defendants acted maliciously and in reckless disregard of the law, with the specific intent to severely injure Mr. Campbell and place him in fear of severe and imminent bodily harm.

24. As a direct and proximate result of the unprovoked assault and excessive force by the named individual officers and John Doe defendants, Mr. Campbell has suffered serious bodily injuries, severe mental distress and mental anguish and pecuniary loss.

25. The acts, conduct and behavior of the named individual officers and John Doe defendants were performed knowingly, intentionally and maliciously.

26. All the acts of the named individual officers and John Doe defendants described herein, wherein they intended to place Mr. Campbell in imminent apprehension of harmful and offensive contact and which, in fact, place Mr. Campbell in imminent apprehension of harmful and offensive contact and excessive force, were done with the intent to serve the District of Columbia and were done within the scope of their employment by and were authorized, ratified and adopted by the District of Columbia.

WHEREFORE, plaintiff Bernard Campbell demands judgment in the amount of $250,000.00 compensatory damages from all defendants jointly and severally, $100,000.00 punitive damages from defendants John Croson, Michael Newton, the various John Doe defendants and the District of Columbia, together with costs, including reasonable attorney's fees, he will expend prosecuting this action.

COUNT III: BATTERY; ALL DEFENDANTS

27. Mr. Campbell hereby incorporates by reference the facts set forth in paragraphs one through twenty-six.

28. The named individual officers and John Doe defendants intended to subject Mr. Campbell to harmful and offensive contact and excessive force.

29. The named individual officers and John Doe defendants subjected Mr. Campbell to harmful and offensive contact and excessive force under the circumstances.

30. The named individual officers and John Doe defendants acted maliciously and in reckless disregard of the law, with the specific intent to subject Mr. Campbell to harmful and offensive contact and excessive force under the circumstances.

31. Mr. Campbell suffered severe bodily injuries and extreme mental and emotional distress from the named individual officers and John Doe defendants' assault, battery and excess force

32. The named individual officers and John Doe defendants knowingly, intentionally and maliciously subjected Mr. Campbell to harmful and offensive contact and excessive force under the circumstances.

33. All the acts of the named individual officers and John Doe defendants were done with the intent to serve the District of Columbia and were done within the scope of their employment and were authorized, ratified and adopted by the District of Columbia.

WHEREFORE, plaintiff Bernard Campbell demands judgment in the amount of $250,000.00 compensatory damages from all defendants jointly and severally, $100,000.00 punitive damages from defendants John Croson, Michael Newton and the various John Doe defendants together with costs, including reasonable attorney's fees, he will expend prosecuting this action.

COUNT IV: FALSE ARREST, IMPRISONMENT & PROSECUTION; ALL DEFENDANTS

34. Mr. Campbell hereby incorporates by reference the facts set forth in paragraphs one through thirty-three.

35. The named individual officers and John Doe defendants illegally and falsely arrested Mr. Campbell and placed him in custody and caused him to be illegally and falsely imprisoned and illegally and falsely prosecuted without probable cause or reasonable suspicion.

36. The named individual officers and John Doe defendants lacked a good faith basis for believing that Mr. Campbell had committed any violations of the law when they illegally and falsely placed him in custody and caused him to be illegally and falsely imprisoned and prosecuted.

7

37. Mr. Campbell has suffered severe bodily injury and extreme mental and emotional distress and mental anguish as a direct and proximate result of this illegal and false arrest, imprisonment and prosecution

38. The named individual officers and John Doe defendants acted knowingly, intentionally and maliciously when they illegally and falsely arrested Mr. Campbell and caused him to be falsely imprisoned and prosecuted.

39. All the acts of the named individual officers and John Doe defendants were done with the intent to serve the District of Columbia and were done within the scope of their employment and were authorized, ratified and adopted the District of Columbia.

WHEREFORE, plaintiff Bernard Campbell demands judgment in the amount of $250,000.00 compensatory damages from all defendants jointly and severally, $100,000.00 punitive damages from defendants John Croson, Michael Newton and the various John Doe defendants together with costs, including reasonable attorney's fees, he will expend prosecuting this action.

COUNT V: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS: ALL DEFENDANTS

40. Mr. Campbell hereby incorporates by reference the facts set forth in paragraphs one through thirty-nine.

41. All the acts of the named individual officers and John Doe defendants, deliberately, willfully, maliciously, and with deliberate disregard for Mr. Campbell engaged in conduct that resulted in extreme emotional distress to the Mr. Campbell.

42. The actions of the named individual officers and John Doe defendants were extreme and outrageous and beyond all bounds of decency in society.

43. Mr. Campbell has suffered and will continue to suffer severe mental and emotional distress, humiliation and mental anguish as a direct and proximate result of this egregious conduct by the named individual officers and John Doe defendants.

44. All the acts of the named individual officers and John Doe defendants that were intended to and did in fact cause Mr. Campbell to suffer severe emotional distress were done with the intent to serve the District of Columbia and were done within the scope of their employment and were authorized, ratified and adopted by the District of Columbia.

WHEREFORE, plaintiff Bernard Campbell demands judgment in the amount of $250,000.00 compensatory damages from all defendants jointly and severally, $100,000.00 punitive damages from defendants John Croson, Michael Newton and the various John Doe defendants together with costs, including reasonable attorney's fees, he will expend prosecuting this action.

COUNT V: NEGLIGENT HIRING, TRAINING & SUPERVISION; DISTRICT OF COLUMBIA
45. Mr. Campbell hereby incorporates by reference the facts set forth in paragraphs one through forty-four.

46. Defendant District of Columbia owed a duty of reasonable care to Mr. Campbell as a citizen subject to its police powers.

47. Defendant District of Columbia had a duty to adequately train, supervise, and discipline the named individual officers and John Doe defendants.

48. Defendant District of Columbia breached this duty by failing to provide proper training, supervision, and discipline regarding the stop of a citizen and the proper use of force in effectuating an arrest and this failure amounts to unreasonable conduct below the required standard of care under the circumstances.

9

49.  As a direct and proximate cause of the breach of the foregoing duties owed to Mr.
Campbell by defendant the District of Columbia, Mr. Campbell has suffered and continue to suffer
severe and permanent bodily injuries, severe and continuous pain and suffering, severe mental and
emotional distress and mental anguish.

WHEREFORE, Mr. Campbell demands judgment in the amount of $250,000.00
compensatory damages $100,000.00 punitive damages from the District of Columbia, together with
costs, including reasonable attorney's fees, he will expend prosecuting this action.

Respectfully Submitted,

Ian A. Williams #417772
717 D Street, N.W.
Suite 400
Washington, D.C. 20004
(202) 842-2700

(Attorney for plaintiff
  Bernard Campbell)

JURY DEMAND
Mr. Campbell respectfully demands a jury trial on all issues.

Ian A. Williams

10



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
Washington, D.C. 20001 Telephone: (202) 879-1133

*Bernard Campbell*
_____
Bernard Campbell                           Plaintiff

vs.                                        **15 - 0 0 0 1 4 4 9**

John Croson                                Case Number _____

_____
                                           Defendant

## SUMMONS

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Ian Williams_
Name of Plaintiff's Attorney  Ian Williams #417742      **Clerk of the Court**

_Ian Williams_  714 D Street, U.W. #400      By  _Adrienne J. Marsh_
Address                                                    Deputy Clerk

_Washington, D.C. 20004_

_202-842-2700_                             Date  3|4|2015
Telephone

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

|  |  |
|---|---|
| | Demandante |
| contra | |
| | Número de Caso: _____ |
| | Demandado |

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____

_____
Dirección                                                    Subsecretario

_____
Fecha _____

_____
Teléfono

如需翻译,请打电话 (202) 879-4828     ·     Veuillez appeler au (202) 879-4828 pour une traduction     Dể có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오     ፒ ኣማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-682-2700) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

_Bernard Campbell_ _____
**Plaintiff**

vs.

**Case Number** 15 - 0 0 0 1 4 4 9

_Michael Newton_ _____
**Defendant**

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Ian Williams_ _____
Name of Plaintiff's Attorney

_Ian Williams_ _____
Address
_717 D Street, N.W. #400_ _____

_Washington, D.C. 20004_ _____
Telephone _(202) 842-2700_

*Clerk of the Court*

By _Adrienne J. Marsh_ _____
Deputy Clerk

Date _3/4/2015_

如需翻译，请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화하십시오     ለትርጉም ከፈለጉ በዚህ ቁጥር ይደውሉ (202) 879-4828 ይደውሉ

**IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._**

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011

CASUM.doc



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____
                                    Demandante

        contra
                                                    Número de Caso: _____

_____
                                    Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____
Nombre del abogado del Demandante

                                            *SECRETARIO DEL TRIBUNAL*

_____
Dirección                                   Por: _____
                                                        Subsecretario

_____
                                            Fecha _____

_____
Teléfono

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요       የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

**IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.***

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-682-2700) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

**Vea al dorso el original en inglés**
**See reverse side for English original**

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
Washington, D.C. 20001 Telephone: (202) 879-1133

Bernard Campbell
_____
                                    **Plaintiff**
            vs.

District of Columbia                    Case Number 15 - 0 0 0 1 4 4 9
_____
                                    **Defendant**

### SUMMONS

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_____            _Clerk of the Court_
Name of Plaintiff's Attorney

Ian Williams #414772               By  Adrienne J. Marsh
_____                _____
Address                                         Deputy Clerk
217 D Street, N.W. #460

Washington, D.C. 20004             Date  3|4|2015
_____
Telephone (202) 842-2700

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요    የትርጉም እርዳታ ከፈለጉ በ (202) 879-4828 ይደውሉ

        **IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._**

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                                    Demandante

              contra

                                                    Número de Caso: _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                        Por: _____
_____
Dirección                                                   Subsecretario

_____

                                        Fecha _____
_____
Teléfono

如需翻译,请打电话 (202) 879-4828        ,Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요        የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-682-2700) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

                        Vea al dorso el original en inglés
                        See reverse side for English original

                                                                    CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

*Bernard Campbell*                           Plaintiff

vs.                                Case Number **15 - 0 0 0 1 4 4 9**

*District of Columbia*

                                         Defendant

### SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Ian Williams*                              *Clerk of the Court*
Name of Plaintiff's Attorney

*Ian Williams*                     By  *Adrienne J. Marsh*
Address                                        Deputy Clerk
*717 O Street, N.W., #400*

*Washington, D.C. 20004*           Date    *3|4|205*
Telephone *(202) 842-2700*

如需翻譯，請打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    ናአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    **IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.***

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                    CASUM.doc



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

Demandante

contra

Número de Caso: _____

Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante

Por: _____

Dirección
Subsecretario

Fecha

Teléfono

如需翻譯,请打电话 (202) 879-4828 ~ · Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오  የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-682-2700) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

**Vea al dorso el original en inglés**
**See reverse side for English original**

CASUM.doc

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

_Bernard Campbell_                    Case Number: _15 - 0 0 0 1 4 4 9_

_District of Columbia_        vs        Date: _March 4, 2014_

_Washington District of Columbia_ One of the defendants is being sued
in their official capacity.

Name: (Please Print)
_Ian Williams_

Firm Name:
_Law Office of Ian A. Williams_

Telephone No.:          Six digit Unified Bar No.:
_(202) 842-2700     417722_

Relationship to Lawsuit
☑ Attorney for Plaintiff
☐ Self (Pro Se)
☐ Other: _____

TYPE OF CASE: ☐ Non-Jury      ☑ 6 Person Jury      ☐ 12 Person Jury

Demand: $ _350,000.00_          Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____  Judge: _____  Calendar #:_____

Case No.:_____  Judge: _____  Calendar#:_____

---

NATURE OF SUIT:      (Check One Box Only)

### A. CONTRACTS

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 15 Special Education Fees
☐ 10 Mortgage Foreclosure
D.C. Code § 42-815

☐ 07 Personal Property
☐ 09 Real Property-Real Estate
☐ 12 Specific Performance
☐ 13 Employment Discrimination

### COLLECTION CASES

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 16 Under $25,000 Consent Denied
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 18 OVER $25,000 Consent Denied

### B. PROPERTY TORTS

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass
☐ 06 Traffic Adjudication

### C. PERSONAL TORTS

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☑ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☑ 07 False Arrest
☐ 08 Fraud

☐ 09 Harassment
☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile,
Not Malpractice)

☐ 17 Personal Injury- (Not Automobile,
Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/Jun 13

# Information Sheet, Continued

**C. OTHERS**

- [ ] 01 Accounting
- [ ] 02 Att. Before Judgment
- [ ] 04 Condemnation (Emin. Domain)
- [ ] 05 Ejectment
- [ ] 07 Insurance/Subrogation Under $25,000 Pltf. Grants Consent
- [ ] 08 Quiet Title
- [ ] 09 Special Writ/Warrants (DC Code § 11-941)

- [ ] 10 T.R.O./ Injunction
- [ ] 11 Writ of Replevin
- [ ] 12 Enforce Mechanics Lien
- [ ] 16 Declaratory Judgment
- [ ] 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- [ ] 18 Product Liability
- [ ] 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)

- [ ] 25 Liens: Tax/Water Consent Granted
- [ ] 26 Insurance/ Subrogation Under $25,000 Consent Denied
- [ ] 27 Insurance/ Subrogation Over $25,000 Pltf. Grants Consent
- [ ] 28 Motion to Confirm Arbitration Award (Collection Cases Only)
- [ ] 29 Merit Personnel Act (OHR)
- [ ] 30 Liens: Tax/ Water Consent Denied
- [ ] 31 Housing Code Regulations
- [ ] 32 Qui Tam
- [ ] 33 Whistleblower
- [ ] 34 Insurance/Subrogation Over $25,000 Consent Denied

**II.**

- [ ] 03 Change of Name
- [ ] 06 Foreign Judgment
- [ ] 13 Correction of Birth Certificate
- [ ] 14 Correction of Marriage Certificate

- [ ] 15 Libel of Information
- [ ] 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-1519 (a)]
- [ ] 20 Master Meter (D.C. Code § 42-3301, et seq.)

- [ ] 21 Petition for Subpoena [Rule 28-I (b)]
- [ ] 22 Release Mechanics Lien
- [ ] 23 Rule 27(a) (1) (Perpetuate Testimony)
- [ ] 24 Petition for Structured Settlement
- [ ] 25 Petition for Liquidation

_____
Attorney's Signature

_March 4, 2015_
Date



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

BERNARD CAMPBELL
    Vs.                               C.A. No.      2015 CA 001449 B
Officer JOHN CROSON et al

## INITIAL ORDER AND ADDENDUM

    Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

    (1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

    (2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

    (3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

    (4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

    (5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

    (6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

                                         Chief Judge Lee F. Satterfield

Case Assigned to: Judge RONNA L BECK
Date: March 4, 2015
Initial Conference: 9:30 am, Friday, May 08, 2015
Location: Courtroom 219
          500 Indiana Avenue N.W.
          WASHINGTON, DC 20001                         Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

BERNARD CAMPBELL
    Vs.
Officer JOHN CROSON et al

C.A. No.    2015 CA 001449 B

## <u>INITIAL ORDER AND ADDENDUM</u>

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to: Judge RONNA L BECK
Date:  March 4, 2015
Initial Conference: 9:30 am, Friday, May 08, 2015
Location:  Courtroom 219
         500 Indiana Avenue N.W.

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA - CIVIL DIVISION

Bernard Campbell )
)
)
**Plaintiff** )
) Case No.: 2015 CA 001449 B
)
**v.** )
MPD Officer John Croson, et al. )
)
)
**Defendant** )

```
FILED
CIVIL ACTIONS BRANCH
APR 1 4 2015 ayr
Superior Court
of the District of Columbia
Washington, D.C.
```

### AFFIDAVIT OF SERVICE

I, Jamal M. Harris, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Initial Order and Addendum, Summons, and Complaint for Damages in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on April 09, 2015 at 11:50 AM, I served MPD Officer Michael Newton with the Initial Order and Addendum, Summons, and Complaint for Damages at Metropolitan Police Department, First District Station, 101 M Street, SW, Washington, DC 20024 by serving MPD Officer Michael Newton, personally.

MPD Officer Michael Newton is described herein as:
Gender: Male    Race/Skin: White    Hair: Gray    Age: 45    Height: 6'0"    Weight: 205

I do solemnly declare and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information and belief.

Jamal M. Harris
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Subscribed and sworn to before me, a notary public, on this ___13th___ day of ___April___, 2015.

Notary Public

My Commission Expires:

ANGELA H. CROSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2019

Client Reference: N/A

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA - CIVIL DIVISION

Bernard Campbell )
)
)
**Plaintiff** )  Case No.: 2015 CA 001449 B
)
**v.** )
MPD Officer John Croson, et al. )
)
)
**Defendant** )

FILED
CIVIL ACTIONS BRANCH
APR 1 4 2015
Superior Court
of the District of Columbia
Washington, D.C.

### AFFIDAVIT OF SERVICE

I, Ambiko Guice, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Initial Order and Addendum, Summons, and Complaint for Damages, Track Assignment Notice, and Civil Information Statement (CIS) in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on April 09, 2015 at 2:41 PM, I served Officer of the Attorney General for the District of Columbia with the Initial Order and Addendum, Summons, and Complaint for Damages, Track Assignment Notice, and Civil Information Statement (CIS) at 441 4th Street, NW, 6th Floor, Washington, DC 20001 by serving Regina Brown, Staff Assistant, authorized to accept.

Regina Brown is described herein:
Gender: Female    Race/Skin: Black    Hair: Black    Age: 42    Height: 5'6"    Weight: 140

I do solemnly declare and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information and belief.

Ambiko Guice
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Subscribed and sworn to before me, a notary public, on this ____13th____ day of ___April___, 2015.

Notary Public

My Commission Expires:

ANGELA H. CROSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2019

Client Reference: N/A

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA - CIVIL DIVISION

Bernard Campbell )
)
)
Plaintiff )      Case No.: 2015 CA 001449 B
)
v. )
MPD Officer John Croson, et al. )
)
)
Defendant )

FILED
CIVIL ACTIONS BRANCH
APR 1 4 2015
Superior Court
of the District of Columbia
Washington, D.C.

### AFFIDAVIT OF SERVICE

I, Ambiko Guice, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Initial Order and Addendum, Summons, and Complaint for Damages in the above entitled case.

That I am over the age of eighteen years and I am not a party to or otherwise interested in this matter.

That on April 09, 2015 at 2:41 PM, I served The District of Columbia c/o Muriel Bowser, Mayor with the Initial Order and Addendum, Summons, and Complaint for Damages at 441 4th Street, 6th Floor, NW, Washington, DC 20001 by serving Regina Brown, Staff Assistant, authorized to accept.

Regina Brown is described herein:
Gender: Female    Race/Skin: Black    Hair: Black    Age: 42    Height: 5'6"    Weight: 140

I do solemnly declare and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information and belief.

Ambiko Guice
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Subscribed and sworn to before me, a notary public, on this ___13th___ day of ___April___, 2015.

Notary Public

My Commission Expires:

ANGELA H. CROSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2019

Client Reference: N/A

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA - CIVIL DIVISION

Bernard Campbell )
)
)
)
**Plaintiff** )
) Case No.: 2015 CA 001449 B
)
v. )
)
MPD Officer John Croson, et al. )
)
)
)
**Defendant** )

**FILED**
CIVIL ACTIONS BRANCH
APR 1 4 2015
Superior Court
of the District of Columbia
Washington, D.C.

### AFFIDAVIT OF SERVICE

I, Jamal M. Harris, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Initial Order and Addendum, Summons, and Complaint for Damages in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on April 09, 2015 at 11:50 AM, I served MPD Officer John Croson with the Initial Order and Addendum, Summons, and Complaint for Damages at Metropolitan Police Department, First District Station, 101 M Street, SW, Washington, DC 20024 by serving MPD Officer John Croson, personally.

MPD Officer John Croson is described herein as:
Gender: Male   Race/Skin: White   Hair: Gray   Age: 45   Height: 6'1"   Weight: 210

I do solemnly declare and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information and belief.

Jamal M. Harris
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Subscribed and sworn to before me, a notary public, on this ___14th___ day of ___April___, 2015.

Notary Public
Nicole G. Davis

My Commission Expires: 02-14-19



ID: 15,724-97

NICOLE G. DAVIS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires February 14, 2019

Client Reference: N/A

**Filed**
**D.C. Superior Court**
**04/22/2015 16:22PM**
**Clerk of the Court**

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

|  |  |  |
|---|---|---|
| BERNARD CAMPBELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2015 CA 0001449 B |
| v. | ) | Judge: Ronna Beck |
| | ) | Next Event: Initial Conference |
| DISTRICT OF COLUMBIA, *et al.*, | ) | Date: May 8, 2015 at 9:30 a.m. |
| | ) | |
| Defendants. | ) | |
| | ) | |

### PRAECIPE TO ENTER APPEARANCE

The Clerk of the Court will please enter the appearance of Alicia M. Cullen, Assistant

Attorney General, and Shermineh C. Jones, Assistant Attorney General, as counsel for

Defendants MPD Officer John Croson, MPD Officer Michael Newton, and the District of

Columbia, in the above-captioned action.

Date: April 22, 2015                    Respectfully submitted,

                                        KARL A. RACINE
                                        Attorney General for the District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General, Civil Litigation Division

                                        /s/ Patricia A. Oxendine
                                        PATRICIA A. OXENDINE
                                        D.C. Bar No. 428132
                                        Chief, Civil Litigation Division, Section IV

/s/ Alicia M. Cullen
SHERMINEH C. JONES
D.C. Bar No. 499900
ALICIA M. CULLEN
D.C. Bar No.1015227
Assistant Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
Phone: (202) 724-6648; (202) 442-9840; (202) 727-6295
Fax: (202) 715-7724; (202) 715-7721
E-mail: shermineh.jones@dc.gov; alicia.cullen@dc.gov

*Counsel for Defendants John Croson, Michael Newton, and the District of Columbia*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2015, a true copy of the foregoing document was served via the Court's electronic filing system to:

Ian A. Williams, Esq.
717 D Street, N.W.
Suite 400
Washington, DC 20004

*Counsel for Plaintiff*

/s/ Alicia M. Cullen
ALICIA M. CULLEN
Assistant Attorney General

2